IN RE: Interest of C.L.V. a Minor,

Appeal of: E.V.

54 WDA 2017

Superior Court of Pennsylvania.

06/19/2017

No. 42–16–0112 (McKean)

Quashed

COM.

v.

HAYES, E.

1992 EDA 2015

Superior Court of Pennsylvania.

06/20/2017

CP–51–CR–0006331–2009
(Philadelphia)

Affirmed

COM.

v.

DONTON, S.

2509 EDA 2015

Superior Court of Pennsylvania.

06/20/2017

CP–46–CR–0012644–2002
(Montgomery)

Affirmed

IN RE: ESTATE OF: MOSKOWITZ, L.

Appeal of: Fein, M.

354 EDA 2016

Superior Court of Pennsylvania.

06/20/2017

Reargument Denied 8/23/2017

0546 of 2009 (Delaware)

Affirmed

COM.

v.

CRUMP, M.

447 EDA 2016

Superior Court of Pennsylvania.

06/20/2017

CP–51–CR–0313991–1982, (Philadelphia)

Affirmed

COM.

v.

LEE, A.

1112 EDA 2016

Superior Court of Pennsylvania.

06/20/2017

CP–51–CR–0001812–2012 (Philadelphia)

Affirmed